IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 7 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00679-BNB

AURELIANO GAETA-ROBLES,

      Applicant,

v.

AL ESTEP, Warden, DOC, Limon Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO SUPPLEMENT APPLICATION

---

      Applicant Aureliano Gaeta-Robles is a prisoner in the custody of the Colorado Department of Corrections at the Limon Correctional Facility at Limon, Colorado.  Mr. Gaeta-Robles has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court must construe the application liberally because Mr. Gaeta-Robels is representing himself.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, the court should not be the *pro se* litigant's advocate.  *See Hall*, 935 F.2d at 1110.  For the reasons stated below, Mr. Gaeta-Robles will be ordered to supplement the application with additional information.

      Mr. Gaeta-Robles is challenging the validity of his convictions in two Denver District Court cases.  Mr. Gaeta-Robles alleges that he was convicted in 1997 and that he was sentenced to concurrent prison terms of three years and forty years.  Although he asserts that he filed a direct appeal, he fails to allege the dates on which the

Colorado Court of Appeals and the Colorado Supreme Court entered their orders on direct appeal. Mr. Gaeta-Robles alleges only that the claims he raises in the instant action are not related to the issues he raised on direct appeal. Although Mr. Gaeta-Robles also asserts that he has not filed any postconviction proceedings challenging the validity of his convictions or sentences, one of the claims he raises in this action refers to a petition for writ of habeas corpus he filed in the Colorado Supreme Court. Mr. Gaeta-Robles does not allege when the state habeas petition was filed or when it was denied.

The court has reviewed the habeas corpus application filed in this action and finds that additional information is necessary to determine whether the application is timely filed pursuant to 28 U.S.C. § 2244(d) and whether Mr. Gaeta-Robles has exhausted state court remedies. It is not clear when Mr. Gaeta-Robles' conviction became final because, as mentioned above, he fails to allege when his direct appeal concluded. It also is not clear whether any state court postconviction proceedings may have tolled the one-year limitation period. Finally, Mr. Gaeta-Robles fails to allege how he has exhausted state court remedies for the claims he seeks to raise in this action. As noted above, he alleges that the claims in this action were not raised on direct appeal and that he has not sought postconviction relief. In addition, it is not clear how Mr. Gaeta-Robles could have exhausted state court remedies because he alleges in the application that he only discovered the factual basis for his claims in February 2006.

Therefore, Mr. Gaeta-Robles will be directed to file a supplement that specifies the dates on which the Colorado Court of Appeals affirmed the judgment of conviction on direct appeal and the date on which the Colorado Supreme Court entered its order

on direct appeal either affirming the judgment of conviction or denying certiorari review. Mr. Gaeta-Robles also must clarify whether he has filed any postconviction proceedings in the state courts challenging his convictions and, if so, he must specify for each postconviction motion when it was filed, when it was denied, why it was denied, whether he appealed from the denial, the dates on which any appellate court decisions were issued, and the basis for the appellate court decisions. Accordingly, it is

ORDERED that Mr. Gaeta-Robles file **within thirty (30) days from the date of this order** a supplement to the habeas corpus application that provides the information requested in this order. It is

FURTHER ORDERED that if Mr. Gaeta-Robles fails to file a supplement to the habeas corpus application that provides the information requested in this order within the time allowed, the action will be dismissed without further notice.

DATED April 27, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00679-BNB

Aureliano Gaeta-Robles
Reg. No. 93150
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on____4-27-06____

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk